

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TRAVIS KIRCHNER, | § | No. 08-11-00368-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20100D00899) |

## **O R D E R**

The Court has received and filed notice that Appellant died on May 18, 2014. It is therefore ORDERED that the opinion and judgment issued on May 16, 2014 are hereby withdrawn. Because the appeal was perfected before Appellant's death, and we have not yet issued a mandate, it is ORDERED that the appeal is permanently abated. *See* TEX.R.APP.P. 7.1(a)(2).

IT IS SO ORDERED THIS 7TH DAY OF AUGUST, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.